FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2022

No. 04-22-00805-CV

**UBER TECHNOLOGIES, INC.**, and Rasier, LLC,
Appellants

v.

Brooks W. **BOENIG** and Bridget B. Connolly-Boenig,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CI02105
Honorable Norma Gonzales, Judge Presiding

## O R D E R

On November 30, 2022, Appellants filed a notice of appeal challenging the trial court's "Order of November 10, 2022."

The clerk's record shows the trial court's handwritten notes from that date, but a judge's notes "are not the kind of document[] that constitute a judgment, decision or order from which an appeal may be taken." *See Goff v. Tuchscherer*, 627 S.W.2d 397, 398–99 (Tex. 1982); *Lares v. Muniz*, No. 04-20-00047-CV, 2020 WL 2441423, at *1 (Tex. App.—San Antonio May 13, 2020, no pet.) (mem. op.); *see also In re A.W.*, 384 S.W.3d 872, 873 (Tex. App.—San Antonio 2012, no pet.) ("[A] judge's notes are for his or her own convenience and form no part of the record.").

We ORDER Appellants to show cause in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). If Appellants do not timely provide written proof as ordered, this appeal will be dismissed without further notice. *See id.*

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2022.



_____

MICHAEL A. CRUZ, Clerk of Court